ACCEPTED
03-14-00267-CV
4758372
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/3/2015 11:55:03 AM
JEFFREY D. KYLE
CLERK

# JOHN L. FOSTER

### ATTORNEY AT LAW

812 SAN ANTONIO STREET
Suite 400
Austin, Texas 78701

(512) 476-4473
FAX (512) 474-1606
john@johnlfoster.com

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/3/2015 11:55:03 AM
JEFFREY D. KYLE
Clerk

April 3, 2015

Mr. Jeffrey D. Kyle
Clerk, Court of Appeals
Third District of Texas
P. O. Box 12547
Austin, Texas  78711-2547

RE:   No. 03-14-00267-CV
      Daisy Wanda Garcia vs. Thomas Lee
      Baumgarten

Dear Mr. Kyle:

It is my intent to argue the case on behalf of the Appellant Daisy Wanda Garcia now scheduled for June 3, 2015 at 9:00 a.m.

Yours very truly,

John L. Foster
State Bar Number 07289000

JLF:lr
c:   Nicholas P. Laurent